**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-1038**

OLEG G. PODGORETSKY,

      Plaintiff - Appellant,

        v.

OCWEN LOAN SERVICING, LLC; POORE SUBSTITUTE TRUSTEE, LTD,

      Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:16-cv-01255-CMH-JFA)

Submitted: May 11, 2017                    Decided: May 19, 2017

Before MOTZ, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Oleg G. Podgoretsky, Appellant Pro Se. Syed Mohsin Reza, TROUTMAN SANDERS, LLP, Tysons Corner, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oleg G. Podgoretsky appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Podgoretsky v. Ocwen Loan Servicing, LLC*, No. 1:16-cv-01255-CMH-JFA (E.D. Va. Dec. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*